

**U.S. District Court**
*District of Columbia*

# Attorney Renewal Application

Here is your renewal request. It has been sent for processing. Please print out this page, and send to the Court along with your **Renewal Fee** as previously noted.

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**
**--- Attorney Renewal Request: 05/01/2012,   Prev Renewal: 08/04/2008 ---**

|  |  |
|---|---|
| **Title:** | Mr. |
| **Firstname:** | Cecil |
| **Middlename:** | Bryan |
| **Lastname:** | Wilson |
| **Ssn4:** | 3186 |
| **DOB:** | 10/25/1978 |
| **Email Addr:** | bwilson@wc.com |
| **Sex:** | M |
| **DC Bar Number:** | 501596 |
| **Phone:** | (202) 434-5000 |
| **Firm Name:** | WILLIAMS & CONNOLLY, LLP |
| **Addr2:** | 725 12th Street, NW |
| **City:** | Washington |
| **State:** | DC |
| **Zip:** | 20005 |
| **Disclosures:** (since 08/04/2008) | None. |

**Certification:** **1.** I am familiar with the current version of the Federal Rules of **Civil Procedure**, the Federal Rules of Evidence, the Local Rules of this Court, the Rules of Professional Conduct as adopted by the District of Columbia Court of Appeals, and the D.C. Bar Voluntary Standards for Civility in Professional Conduct, adopted by the Bar on June 18, 1996.
**2.** I am familiar with the current version of the Federal Rules of **Criminal Procedure**, the Sentencing Guidelines, the Federal Rules of Evidence, the Local Rules of this Court, and the Code of Professional Conduct as adopted by the District of Columbia Court of Appeals. (Attorneys who appear in criminal cases.)
**6.** I have read LCvR 83.10(a) and understand that members in good standing of the bar of this Court have an obligation to assist or **represent the needy** in civil matters before this Court whenever requested by the Court and if necessary, without compensation. I have read LCvR 83.11 and understand that the Court has established a voluntary Civil Pro Bono Panel from which attorneys may be appointed by the Court to represent indigent pro se litigants.

```
Submitted by: Cecil Wilson / bwilson@wc.com
         Date: 05/01/2012
```